UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HASAN HARAJLI and
SUZAN BAYDOUN,

       Plaintiffs,

                                       Case No. 06-10486
                                       Hon. John Feikens

vs.

ALI NASER, JANE DOE NASER, ERIC COLUMN,
ROBERT FARRIS, CITY OF DEARBORN, MARK
JABOUR, MOHAMAD AJAMI, MICHAEL CELESKI,
and MAYOR PRO TEM JOHN B. O'REILLY, JR.,[1]

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 27, 2006, Magistrate Judge Pepe recommended that Defendant Ajami's

Rule 12(b)(1) motion be granted and this case dismissed for lack of jurisdiction.  On January 18,

2007, Magistrate Judge Pepe recommended the Motion for Summary Judgment by the remaining

Defendants be granted and the case against them be dismissed without prejudice pending the

resolution of state criminal charges against Plaintiff Harajli.  The deadline set by Fed. R. Civ. P.

72(b) for any objections has now passed, and no such objections have been received.

Therefore, I ADOPT the report and recommendation of the magistrate regarding

Defendant Ajami's 12(b)(1) motion, and DISMISS the case against him for lack of jurisdiction.

I also ADOPT the report and recommendation of the magistrate regarding the Motion for

_____

[1]Named Defendant Mayor Michael Guido died on December 6, 2006.  Pursuant to Fed.
R. Civ. P. 25(d)(1) I substitute Mayor Pro Tem John B. O'Reilly, Jr. as a Defendant in this
action.

Summary Judgment brought by the remaining Defendants, and DISMISS the claims against these Defendants without prejudice, pending the resolution of the state criminal charges against Plaintiff Harajli.  **IT IS SO ORDERED.**

Date:  February 8, 2007                          s/John Feikens
                                                 United States District Judge

| |
|---|
| Proof of Service |
| I hereby certify that the foregoing order was served on the attorneys/parties of record on February 8, 2007, by U.S. first class mail or electronic means. |
| s/Carol Cohron |
| Case Manager |